IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SULACO ENTERPRISES LLC, | § | Case No. 2:25-cv-01187-JRG |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| FORTINET INC., | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. Rule of Civ. P. 41(a)(1)(A)(i), Plaintiff Sulaco Enterprises LLC ("Sulaco" or "Plaintiff") hereby voluntarily dismisses all claims with prejudice against Defendant Fortinet Inc. ("Fortinet" or "Defendant"). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated: February 20, 2026

Respectfully submitted,

/s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***SULACO ENTERPRISES LLC***